## EDWARDS v. SMITH & SONS

No. 103 PC

Case below: 49 NC App 191

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 January 1981.


## EMPLOYERS INSURANCE v. HALL

No. 139 PC

Case below: 49 NC App 179

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 27 January 1981.


## GILCHRIST, DISTRICT ATTORNEY v. HURLEY

No. 58 PC

Case below: 48 NC App 433

Petition by defendants for discretionary review under G.S. 7A-31 denied 6 January 1981.


## HOHN v. SLATE

No. 57 PC

Case below: 48 NC App 624

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 January 1981.


## IN RE RICH

No. 114 PC

Case below: 49 NC App 165

Petition for discretionary review under G.S. 7A-31 denied 27 January 1981.